IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CHARLES BANISTER, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 16-00351-CV-W-DW ) |
| SPECIFIED CREDIT ASSOCIATION 1, INC., | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion for Entry of Default Judgment (Doc. 12) is GRANTED;

2. Plaintiff Charles Banister shall recover the following amounts from Defendant Specified Credit Association 1, Inc.:

   a. Statutory damages in the amount of $1,000.00;

   b. A reasonable attorney's fee in the amount of $3,500.00; and

   c. The costs of the action in the amount of $477.00.

| | |
|---|---|
| October 14, 2016 | Paige Wymore-Wynn |
| Dated | Clerk of Court |
| | |
| October 17, 2016 | Terri Moore |
| Entered | (by) Deputy Clerk |